# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-14915-JKF

ROSELAURE RICHARD-DUVET

708 LEVICK STREET

PHILADELPHIA, PA 19111-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROSELAURE RICHARD-DUVET

708 LEVICK STREET

PHILADELPHIA, PA 19111-

Counsel for debtor(s), by electronic notice only.

PRO-SE
*
*
*,* *

Date: 10/21/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee